

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00486-CV

Calhoun Port Authority
v.
Victoria Advocate Publishing Co.

On appeal from the
135th District Court of Calhoun County, Texas
Trial Cause No. 2018-CV-3354-DC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case for want of jurisdiction. The Court orders the judgment VACATED and the case DISMISSED FOR WANT OF JURISDICTION. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 11, 2019